UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
_____

Operating Engineers Local #49 Health and　　　　　　　　Civil No. 09-2739 (RHK/SRN)
Welfare Fund and Central Pension Fund of the
International Union of Operating Engineers and
Participating Employers, Local #49 International Union
of Operating Engineers and Associated General
Contractors of Minnesota Apprenticeship and Training
Program, and their Trustees,

　　　　　　　　　　Plaintiffs,
vs.　　　　　　　　　　　　　　　　　　　　　　　　　　**ORDER FOR DISMISSAL**

Gustafson Excavating, Inc. and
Dennis Gustafson, individually,

　　　　　　　　　　Defendants.
_____

　　　　Pursuant to the Notice of Voluntary Dismissal (Doc. No. 2), **IT IS ORDERED** that this matter is hereby **DISMISSED WITHOUT PREJUDICE** and without costs to either party.

Dated: October 26, 2009

　　　　　　　　　　　　　　　　　　　　s/Richard H. Kyle
　　　　　　　　　　　　　　　　　　　　RICHARD H. KYLE
　　　　　　　　　　　　　　　　　　　　United States District Judge